UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DACKMAR YULLIAN FERMIN ESPINOZA,<br><br>Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR NORTWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03668-LK<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

This matter comes before the Court on Petitioner Dackmar Yullian Fermin Espinoza's Amended Petition for Writ of Habeas Corpus, Dkt. No. 11. The Court ORDERS the parties to file supplemental briefing as described below:

Petitioner's traverse alleges that the Executive Office for Immigration Review's Automated Case Information System indicates that his "Motion to Reopen IJ Jurisdiction" was granted on September 22, 2026. Dkt. No. 21 at 3. The Court has confirmed that the Automated Case Information System indicates the motion was granted, even though Petitioner submitted a copy of the order—which appeared to be a denial—with his petition. Dkt. No. 11 at 12–13. By November 12, 2026, Respondents shall file a brief addressing whether Petitioner's motion to

reopen his case was granted. Respondents shall file a copy of the IJ's written decision. If the IJ granted Petitioner's motion, Respondents may submit up to three pages of argument addressing whether that should affect the outcome in this case.

Petitioner may file a response to Respondents' supplemental briefing with the same page limits described above by November 25, 2026.

Dated this 4th day of November, 2026.

Lauren King
United States District Judge